AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date | /s/ ERICA K. ZUNKEL |
| | Signature |
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Ricardo Morgutia, Jr.

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE BARBARA L. MAJOR)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08mj2589
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                ) **CERTIFICATE OF SERVICE**
                                      )
14 | RICARDO MORGUTIA, JR.,            )
                                      )
15 |         Defendant.                )
   |_____)
16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                 Efile.dkt.gc2@usdoj.gov; and
20
                    Dorothy Rees Shelton
21                   dsheltonlaw@aol.com

22                              Respectfully submitted,

23

24 DATED:    August 27, 2008            /s/ Erica K. Zunkel
                                        **ERICA K. ZUNKEL**
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Ricardo Morgutia, Jr.
26

27

28